```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

In re:                              )  CASE NO: 09-50665-659   Chapter 13
                                    )
FANNIE B HARRISON                   )
                                    )  Response Due: 01/21/2010
                                    )  Hearing:                           4
                       Debtor(s)    )

**TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS AND NOTICE**

    COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee In bankruptcy, and for his Motion to Dismiss states as follows:
1. That the above captioned case was filed on Oct 22, 2009. The debtor's plan proposes to pay the sum of $    580.00  per month.
2. Pursuant to 11 U.S.C. 1326(a)(1) the debtor's first payment was due on November 21, 2009 .
3. That the Trustee has received payments from the debtor over the last nine months as set forth in exhibit A, attached hereto.
4. That the amount due to the Trustee to date is $   1,160.00  but the total paid into the plan to date is $          .00 .
5. That the debtor is $   1,160.00  in default through Dec 31, 2009.

    WHEREFORE, the Trustee prays the Court enter its order dismissing this Chapter 13 case for failure to make plan payments.

**NOTICE OF FILING OF MOTION TO DISMISS**

    Please take notice that the Chapter 13 Trustee has filed a Motion to Dismiss. Any responsive pleadings including an amended plan, if one is to be filed, must be filed in writing with the US Bankruptcy Court, 111 S Tenth St, 4th Floor, St. Louis MO, 63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice. If no responsive pleading is filed, the motion may be granted without further notice to any party upon submission of an order from the Trustee. If a response is filed, this matter will be set for hearing upon subsequent notice.

    The undersigned hereby certifies that a copy of the foregoing motion and notice was served upon the following either through the Court's ECF system or by regular mail this day of December 31, 2009 .

```
                                         /s/ John V. LaBarge, Jr.
DAM-026                                  -----------------------------------
                                         John V LaBarge Jr  Ch 13 Trustee
                                         P.O. Box 430908
                                         St. Louis, MO 63143   (314) 781-8100
                                            trust33@ch13stl.com    Fax:(314) 781-8881

F HARRISON                               STEVEN K BROWN
2639 SAINT VINCENT AVENUE                1221 LOCUST
SAINT LOUIS MO  63104                    STE 500
                                         ST LOUIS MO
                                                          63103
```

```
In re:                              )  CASE NO: 09-50665-659   Chapter 13
                                    )
FANNIE B HARRISON                   )
                                    )  Response Due: 01/21/2010
                                    )  Hearing:                          4
                       Debtor(s)    )
```

                               EXHIBIT A

            RECEIPTS FROM Oct 22, 2009 TO Dec 31, 2009

```
RECEIPT DATE     RECEIPT AMOUNT     RECEIPT TYPE
------------     --------------     ------------------------------------

              ** NO RECEIPTS FOR THIS PERIOD **
```